U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JUN 0 3 2005

FILED

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Zachary Bello

v.                                                    Case No. 05-cv-41-PB

Chase Home Finance, LLC

ORDER OF DISMISSAL

In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

SO ORDERED.

June 3, 2005

Paul Barbadoro
United States District Judge

cc:   Zachary Bello, Pro se
      Kenneth Runinstein, Esq.